No. 25-3179

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Apr 2, 2025
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| CYNTHIA BROWN; CARLOS BUFORD; JENNY SUE ROWE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DAVID YOST, In his Official Capacity as Ohio Attorney General, <br><br> Defendant-Appellant. | O R D E R |

The court received a petition for initial hearing en banc. The petition was circulated to all active judges of this court. Less than a majority of the judges voted in favor of initial hearing en banc.

Therefore, the petition for initial hearing en banc is DENIED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk