**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2025

Mr. Mark R. Brown
303 E. Broad Street
Columbus, OH 43215

Mr. Thomas Elliot Gaiser
Office of the Attorney General of Ohio
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Mr. Oliver B. Hall
Center for Competitive Democracy
P.O. Box 21090
2515 Cliffbourne Place, N.W.
Washington, DC 20009

Mr. Zachery P. Keller
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215

Ms. Katie Rose Talley
Office of the Attorney General of Ohio
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Re: Case No. 25-3179, *Brown, et al v. Yost*
Originating Case No. : 2:24-cv-01401

Dear Counsel,

The court today issued a decision decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with a non-dispositive judgment.

                Yours very truly,

                Kelly L. Stephens, Clerk

                Laurie A Weitendorf  
                Deputy Clerk

cc:  Mr. Richard W. Nagel

Enclosures

Mandate to issue.