UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-3179

CYNTHIA BROWN; CARLOS BUFORD; JENNY SUE ROWE,

    Plaintiffs - Appellees,

v.

DAVID YOST, in his official capacity as Ohio Attorney General,

    Defendant - Appellant.

**FILED**
Apr 09, 2025
KELLY L. STEPHENS, Clerk

Before: MOORE, BUSH, and MATHIS, Circuit Judges.

## NON-DISPOSITIVE JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Columbus.

UPON CONSIDERATION of Plaintiffs-Appellees' Motion to Lift the Stay pending appeal and the subsequent briefing of the parties,

It is ORDERED that the motion to lift the stay is GRANTED, the district court's stay is LIFTED, and the district court's preliminary injunction order shall take immediate effect. The Defendant-Appellant's appeal of the preliminary injunction shall proceed on a schedule to be set by the Clerk.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk